## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Case No. 8:23-CR-00389-WFJ-AEP**

**SHELDON ROBINSON,**
          **Defendant.**
_____

### DEFENDANT ROBINSON'S REPLY TO GOVERNMENT RESPONSE (DOC 341) TO MOTION TO EXCLUDE RECENTLY DISCLOSED DNA RESULTS (DOC 331)

The government mainly contends it first thought of Keshawn Woods possibly handling the firearm when agents recently interviewed him and he admitted it. But surely that possibility crossed their minds before. It must have, because in September of 2023, over two years ago, Agent Deslauriers sent the same firearm to ATF to compare, among others, the fingerprints of Keyshawn Woods. Att. 1. It seems unlikely the government just forgot to forward Woods' swab when it first had the gun tested for DNA as well.

Deflecting, the government also says the defense should have asked for the firearm to be tested for Woods' DNA, but it's not our job to backfill the government's case. And in any event, the Woods proffers in which he

said he touched the firearm were not provided to the defense until the 8th

discovery disclosure, on September 4, 2025.

Wherefore, this Court should exclude the belatedly disclosed

DNA testing.

Respectfully submitted,


/s/Timothy J. Fitzgerald
Farmer and Fitzgerald, P.A.
800 W. De Leon St.
Tampa, FL 33606
813-228-0095 ext. 102
813-928-4846 Direct
Fla. Bar 0780618
tjfitz@me.com


/s/STEVEN H. MALONE
Florida Bar #305545
STEVEN H. MALONE, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-805-5805
stevenhmalone@bellsouth.net


**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send notice of the electronic filing to counsel of record.

   /s   Steven H. Malone
STEVEN H. MALONE